John CALDWELL, Plaintiff–Appellant

v.

Wendy KELLEY, Director, Arkansas Department of Correction, formerly Deputy Director of Health Services, Defendant–Appellee

Corizon, Inc., Defendant

Deborah York, H.S.A., Varner Unit; Robert Floss, Doctor, ADC; Ojiugo Iko, Doctor, Corizon Inc., Defendants–Appellees

No. 15-3323

United States Court of Appeals, Eighth Circuit.

Submitted: August 30, 2016

Filed: September 2, 2016

John Caldwell, Pro Se.

Michael Cantrell, Assistant Attorney General, ATTORNEY GENERAL'S OFFICE, Civil Litigation, Little Rock, AR, for Defendant–Appellee Wendy Kelley, Director, Arkansas Department of Correction, formerly Deputy Director of Health Services.

Brent J. Eubanks, HUMPHRIES & ODUM, White Hall, AR, for Defendants–Appellees Deborah York, H.S.A., Varner Unit, Robert Floss, Doctor, ADC, Ojiugo Iko, Doctor, Corizon Inc.

Before WOLLMAN, ARNOLD, and MURPHY, Circuit Judges.

PER CURIAM.

Arkansas inmate John Caldwell appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983

---

1. The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

action. Viewing the summary judgment record in a light most favorable to Mr. Caldwell, and drawing all reasonable inferences from it in his favor, see Murchison v. Rogers, 779 F.3d 882, 886–87 (8th Cir. 2015), we find no basis for overturning the district court's determination that there were no jury issues on his Eighth Amendment claims, see Allard v. Baldwin, 779 F.3d 768, 771–72 (8th Cir.) (discussing requirements to prevail on Eighth Amendment claim), cert. denied, —— U.S. ——, 136 S.Ct. 211, 193 L.Ed.2d 162 (2015). The judgment of the district court is affirmed. See 8th Cir. R. 47B.